unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Valente, Stevens and Eager, JJ.

■ GRAND UNION CO., Appellant, v. 4944 RESTAURANT CORP., Respondent. — Order entered on December 7, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of SARAH FENSTER, as Administratrix of the Estate of HARRY FENSTER, Deceased, Respondent, v. CITY OF NEW YORK et al., Appellants. — Order, entered on August 11, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ ABRAHAM I. ROSNER, Appellant, v. V. E. REALTY CORP., Respondent, et al., Defendant.— Order, entered on December 29, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Probate of the Will of ARTHUR LACHMAN, Deceased. L. WINIFRED LACHMAN, as Executrix of ARTHUR LACHMAN, Deceased, Appellant, SAMUEL SEGAL, Respondent.— Order, entered on October 17, 1961, unanimously affirmed, with costs to all parties filing briefs payable out of the estate. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ VIVIAN FERENTZ, Respondent, v. MELVIN FERENTZ, Appellant.— Order, entered on March 15, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ JAMES TALCOTT, INC., Respondent, v. ALEXANDER C. ELISHEWITZ et al., Defendants, SOPHIA E. HART, Appellant.— Order entered on February 21, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ HYMAN MARCUS et al., Respondents, v. AUSTIN ASSOCIATES, INC., et al., Defendants, PATRICK A. FRAIOLI et al., Appellants, and TRANS-UNITED INDUS-TRIES, INC., Respondent.— Order entered on January 5, 1962 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ MITCHELL & MORGAN, INC., Respondent, v. ADRIAN BAUMGART, as Ancillary Administrator of the Estate of JOSEPH SCHNEEBALG, Deceased, Appellant.— Order entered on September 22, 1960 unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Order entered on October 13, 1960 unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Order, entered on October 27, 1960, unanimously affirmed, with $20 costs and disbursements to respondent, but with leave to defendant to move for reconsideration upon a showing by affidavit or otherwise that the first bond did not effect the ultimate release of assets from levy or the Sheriff's possession and upon a further showing that plaintiff was not entitled to effect a levy on any released assets under the second warrant. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LESLIE WARE.— Motion for an enlargement of time granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ FRED G. HEYDT CONSTRUCTION CO., INC., v. BARNEY-UYDESS et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure

the record on appeal and appellants' points to be served and filed on or before May 17, 1962, with notice of argument for May 29, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ MARGARET BARISH v. DAVID B. CARMEL.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before May 17, 1962, with notice of argument for May 29, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. WALTER JONES. (B) THE PEOPLE OF THE STATE OF NEW YORK v. AUGUSTINE RODRIQUEZ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. ALFONSO CEPEDA and FRANCISCO RONDON. (D) THE PEOPLE OF THE STATE OF NEW YORK v. OLIVER SMITH. (E) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM COLEMAN.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ MARIO R. CACCHIONE v. WESTCHESTER COUNTRY CLUB et al.— Motion for an enlargement of time granted only insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including May 31, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before 'June 11, 1962. That branch of the motion seeking to dispense with the printing in the record on appeal of the exhibits is granted on condition that the originals thereof are filed with this court on or before June 6, 1962. If the appellant fails to comply with the conditions imposed, the respondent may enter an order dismissing the appeal without notice to the appellant. The order of this court entered on April 24, 1962 is modified accordingly. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ JOHN N. ARMSTRONG et al. v. JOHN C. DOYLE et al.— Motion for an enlargement of time granted on condition that appellants Milton Berman and Larry Silberberg file a notice of argument for the June 1962 Term of this court on or before May 10, 1962. The appeal taken by appellants Sydelle Glass and Sophie Cruso is severed unless they serve and file their appellants' points on or before May 10, 1962. Respondents' points are to be served and filed on or before May 25, 1962. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

## (May 10, 1962)

■ In the Matter of WILLIAM HIRSCHER, on His Own Behalf, and on Behalf of All Other Tenants of 1000 Grand Concourse, The Bronx, New York, Similarly Situated, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and 1000 REALTY Co., Intervenor-Respondent.— Order entered on July 3, 1961, dismissing a petition to review and annul the determination of the State Rent Administrator, modified on the facts and the law to the extent of eliminating from the determination of the Administrator the provision that the rent increases be made retroactive for a six months' period, i.e., to January 29, 1960 and as so modified is affirmed, with $20 costs and disbursements to appellant. The maintenance of essential services is a prerequisite for obtaining a rent increase. But, in addition, the State Administrator may deny retroactivity to an increase if there is a serious deficiency in services. (Matter of Halperin v. Caputa, 10 A D 2d 286, 290,